David G. Hosenpud, OSB No. 832414
hosenpudd@lanepowell.com
Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Carin A. Marney, OSB No. 131945
marneyc@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Karen O'Kasey, OSB No. 870696
kok@hartwagner.com
**HART WAGNER LLP**
1000 SW Broadway, Suite 2000
Portland, OR  97205
Telephone:  503.222.4499
Facsimile:  503.222.2301

*Attorneys for* Defendant Oregon Anesthesiology Group

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| E.P., K.R., C.R., D.C., A.L., and B.G. individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>     v.<br><br>PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES – OREGON; PROVIDENCE WILLAMETTE FALLS MEDICAL CENTER; PROVIDENCE PORTLAND MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP; LEGACY HEALTH; and LEGACY MOUNT HOOD MEDICAL CENTER,<br><br>                      Defendants. | Case No. 3:24-cv-01215-JR<br><br>**DEFENDANT OREGON ANESTHESIOLOGY GROUP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

PAGE 1 –  DEFENDANT OREGON ANESTHESIOLOGY GROUP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

131010.0002/9853879.4

## LR 7-1 CERTIFICATE OF CONFERRAL

Pursuant to LR 7-1(a), counsel for defendant Oregon Anesthesiology Group, P.C. certifies that its counsel conferred with counsel for plaintiffs E.P., K.R., C.R., D.C., A.L., and B.G. by electronic mail on August 20, 2024, before filing this motion, and they have no objection to this motion.

## MOTION

Pursuant to Fed. R. Civ. P. 6 and LR 16-3, defendant Oregon Anesthesiology Group P.C. ("OAG"), moves for an extension of the August 28, 2024 deadline to respond to the First Amended Class Action Complaint ("FAC") filed by plaintiffs. In support of this motion, Defendant states as follows:

1. Plaintiff filed the FAC on July 31, 2024. (ECF No. 7.)

2. OAG was served on August 7, 2024.

3. OAG's response to the FAC is due August 28, 2024.

4. OAG seeks a 30-day extension of the August 28 deadline, up to and including September 27th, 2024.

5. There is good cause for the extension sought by OAG. The factual complexity and nature of the allegations and claims involve investigation before a responsive pleading can be filed. This motion is not for purpose of delay.

PAGE 2 – DEFENDANT OREGON ANESTHESIOLOGY GROUP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

131010.0002/9853879.4

6. No party will be prejudiced by the granting of this motion, and Plaintiffs do not object to an extension of OAG's deadline to file a responsive pleading.

DATED: August 22, 2024

        LANE POWELL PC

        By:   s/ Carter M. Mann
            David G. Hosenpud, OSB No. 832414
            Carter M. Mann, OSB No. 960899
            Carin A. Marney, OSB No. 131945
            Telephone: 503.778.2100

        HART WAGNER LLP
        Karen O'Kasey, OSB No. 870696
        Telephone: 503.222.4499

        *Attorneys for* Defendant Oregon Anesthesiology Group

PAGE 3 – DEFENDANT OREGON ANESTHESIOLOGY GROUP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

131010.0002/9853879.4