Elizabeth H. White, OSB #204729
elizabeth.white@klgates.com
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

*Attorneys for Defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, and Providence Portland Medical Center*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| E.P., K.R., C.R., D.C., A.L., and B.G. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES – OREGON; PROVIDENCE WILLAMETTE FALLS MEDICAL CENTER; PROVIDENCE PORTLAND MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP; LEGACY HEALTH; and LEGACY MOUNT HOOD MEDICAL CENTER,<br><br>Defendants. | Case No. 3:24-cv-01215-JR<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Page 1- PROVIDENCE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

## LR 7-1 CERTIFICATE OF CONFERRAL

Pursuant to LR 7-1(a), counsel for defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, and Providence Portland Medical Center (collectively, the "Providence Defendants") certifies that its counsel conferred with counsel for plaintiffs E.P., K.R., C.R., D.C., A.L., and B.G. by telephone and electronic mail on August 26 and 27, 2024, before filing this Motion, and they have no objection to this request for additional time to respond to the First Amended Class Action Complaint ("FAC").

## MOTION

Pursuant to Fed. R. Civ. P. 6(b) and LR 16-3, the Providence Defendants move for an extension of time to respond to the FAC filed by plaintiffs. In support of this Motion, the Providence Defendants state as follows:

1. Plaintiff filed the original Complaint on July 26, 2024. (ECF No. 1.) Plaintiff then filed the FAC on July 31, 2024. (ECF No. 7.)

2. Providence St. Joseph Health, Providence Health & Services, and Providence Health & Services – Oregon were served with the original Complaint on August 7, 2024. Their response to the original Complaint is due on August 28, 2024.

3. Providence Willamette Falls Medical Center and Providence Portland Medical Center have accepted service in this matter.

4. The Providence Defendants seek a 30-day extension of the August 28, 2024, deadline,

up to and including September 27, 2024, to respond to the FAC.[1]

5. There is good cause for the extension sought by the Providence Defendants.[2] The factual complexity and nature of the allegations and claims involve investigation before a response can be filed. This Motion is not made for purposes of delay.

DATED: August 28, 2024

K&L GATES LLP

By: /s/ Elizabeth H. White
Elizabeth H. White, OSB #204729
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085
elizabeth.white@klgates.com

Erin Palmer Polly (*pro hac vice* forthcoming)
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, TN 37203
Telephone: (615) 780-6700
Facsimile: (615) 780-6799
erin.polly@klgates.com

Pallavi Mehta Wahi (*pro hac vice* forthcoming)
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
pallavi.wahi@klgates.com

---

[1] The Providence Defendants anticipate submitting an additional motion to extend the time to respond to the FAC, of at least an additional 30 days, once all parties have appeared, such that all defendants will ultimately be on the same schedule for responding to the FAC.

[2] The Providence Defendants reserve any right, defense, affirmative defense, claim, or objection in this matter.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on August 28, 2024, with a copy of the foregoing document via the Court's CM/ECF system.

DATED: August 28, 2024

By: */s/ Elizabeth H. White*
Elizabeth H. White