THOMAS R. JOHNSON, Bar No. 010645
tom.johnson@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendants Legacy Health and Legacy Mount Hood Medical Center*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| E.P., K.R., C.R., D.C., A.L., and B.G. individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES – OREGON; PROVIDENCE WILLAMETTE FALLS MEDICAL CENTER; PROVIDENCE PORTLAND MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP; LEGACY HEALTH; and LEGACY MOUNT HOOD MEDICAL CENTER,<br><br>           Defendants. | Case No.:  3:24-cv-1215<br><br>**DEFENDANTS LEGACY HEALTH'S AND LEGACY MOUNT HOOD MEDICAL CENTER'S CORPORATE DISCLOSURE STATEMENT** |

Page 1 – DEFENDANTS LEGACY HEALTH'S AND LEGACY MOUNT HOOD MEDICAL CENTER'S CORPORATE DISCLOSURE STATEMENT

124538256.1 0015023-00545

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, Defendants Legacy Health and Legacy Mount Hood Medical Center provide the following information:

1. Legacy Health is an Oregon nonprofit corporation.

2. Legacy Health is not publicly traded.

3. No publicly traded company has a direct or indirect ownership interest in Legacy Health.

4. Legacy Mount Hood Medical Center is an Oregon nonprofit corporation.

5. Legacy Mount Hood Medical Center is wholly owned by Legacy Health. No publicly held corporations own ten percent (10%) or more of its stock.

DATED: August 28, 2024

STOEL RIVES LLP

*s/ Thomas R. Johnson*
THOMAS R. JOHNSON, Bar No. 010645
tom.johnson@stoel.com
ALEX VAN RYSSELBERGHE, Bar No. 174836
alex.vanrysselberghe@stoel.com

*Attorneys for Defendants Legacy Health and Legacy Mount Hood Medical Center*