Elizabeth H. White, OSB #204729
elizabeth.white@klgates.com
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

*Attorneys for Defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, and Providence Portland Medical Center*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| E.P., K.R., C.R., D.C., A.L., and B.G., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES – OREGON; PROVIDENCE WILLAMETTE FALLS MEDICAL CENTER; PROVIDENCE PORTLAND MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP; LEGACY HEALTH; and LEGACY MOUNT HOOD MEDICAL CENTER,<br><br>                    Defendants. | Case No. 3:24-cv-01215-JR<br><br>**FED. R. CIV. P. RULE 7.1 AND LR 7.1-1 CORPORATE DISCLOSURE STATEMENT** |

Page 1 – FED R. CIV. P. RULE 7.1 AND LR 7.1-1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and LR 7.1-1, Defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, and Providence Portland Medical Center provide the following information:

1. Providence St. Joseph Health is a Washington non-profit corporation and the sole corporate member of Providence Health & Services.

2. Providence Health & Services is a Washington non-profit corporation and the sole corporate member of Providence Health & Services – Oregon.

3. Providence Health & Services – Oregon is an Oregon non-profit corporation.

4. Providence Willamette Falls Medical Center is a wholly owned non-profit entity of Providence Health & Services – Oregon.

5. Providence Portland Medical Center is a wholly owned non-profit entity of Providence Health & Services – Oregon.

These entities have no shareholders or any parent corporations or publicly held corporations that own 10% or more of their stock.

DATED: September 10, 2024.                Respectfully submitted,

                                          K&L GATES LLP


                                          By: /s/ Elizabeth H. White
                                              Elizabeth H. White, OSB #204729
                                              K&L Gates LLP
                                              One SW Columbia Street,
                                              Suite 1900 Portland, OR 97204
                                              Telephone: (503) 228-3200
                                              Facsimile: (503) 248-9085
                                              elizabeth.white@klgates.com

                                              Erin Palmer Polly (*pro hac vice* forthcoming)
                                              K&L Gates LLP
                                              501 Commerce Street, Suite 1500
                                              Nashville, TN 37203

Page 2 – FED R. CIV. P. RULE 7.1 AND LR 7.1-1 CORPORATE DISCLOSURE
           STATEMENT

Telephone: (615) 780-6700
Facsimile: (615) 780-6799
erin.polly@klgates.com

Pallavi Mehta Wahi (*pro hac vice* forthcoming)
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
pallavi.wahi@klgates.com

*Attorneys for Defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, and Providence Portland Medical Center*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on September 10, 2024, with a copy of the foregoing document via the Court's CM/ECF system.

      DATED: September 10, 2024.

                                                  *s/ Elizabeth H. White*
                                                  Elizabeth H. White