Elizabeth H. White, OSB #204729
elizabeth.white@klgates.com
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

*Attorneys for Defendants Providence St. Joseph*
*Health, Providence Health & Services, Providence*
*Health & Services – Oregon, Providence Willamette*
*Falls Medical Center, and Providence Portland*
*Medical Center*

*[additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| E.P., K.R., C.R., D.C., A.L., and B.G., individually and on behalf of all others similarly situated, | Case No. 3:24-cv-01215-JR |
| Plaintiffs, | |
| v. | **DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES – OREGON; PROVIDENCE WILLAMETTE FALLS MEDICAL CENTER; PROVIDENCE PORTLAND MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP; LEGACY HEALTH; and LEGACY MOUNT HOOD MEDICAL CENTER, | |
| Defendants. | |

## LR 7-1 CERTIFICATE OF CONFERRAL

Pursuant to LR 7-1(a), counsel for defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, Providence Portland Medical Center, Legacy Health, Legacy Mount Hood Medical Center, and Oregon Anesthesiology Group ("Defendants") certify that they conferred with counsel for plaintiffs E.P., K.R., C.R., D.C., A.L., and B.G. ("Plaintiffs") before filing this Motion, and Plaintiffs' counsel has no objection.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b) and LR 16-3, Defendants move for a further extension of time to respond to the FAC filed by Plaintiffs. In support of this Motion, the Defendants state as follows:

1.      Plaintiffs filed the original Complaint on July 26, 2024. (ECF No. 1.) Plaintiffs then filed the First Amended Class Action Complaint on July 31, 2024. (ECF No. 7.)

2.      Defendants had previously filed motions for an extension of time to respond to the FAC (ECF Nos. 14, 17, 19), which were granted (ECF Nos. 15, 21). All Defendants currently have a date of September 27, 2024 to respond to the FAC.

3.      The Defendants now seek a 34-day extension of the September 27, 2024, deadline to respond to the FAC, up to and including October 31, 2024.

4.      There is good cause for the further extension sought by the Defendants.[1] The factual complexity and nature of the allegations and claims involve investigation before a response can be filed. This Motion is not made for purposes of delay.

---

[1] The Defendants reserve any right, defense, affirmative defense, claim, or objection in this matter.

DATED: September 16, 2024

K&L GATES LLP

STOEL RIVES LLP

By: *s/ Elizabeth H. White*
    Elizabeth H. White, OSB #204729
    elizabeth.white@klgates.com
    One SW Columbia Street, Suite 1900
    Portland, Oregon 97204
    Telephone: (503) 228-3200
    Facsimile: (503) 248-9085

    Erin Palmer Polly
    *(pro hac vice* forthcoming)
    erin.polly@klgates.com
    501 Commerce Street, Suite 1500
    Nashville, Tennessee 37203
    Telephone: (615) 780-6700
    Facsimile: (615) 780-6799

    Pallavi Mehta Wahi
    *(pro hac vice* forthcoming*)*
    pallavi.wahi@klgates.com
    925 Fourth Avenue, Suite 2900
    Seattle, Washington 98104
    Telephone: (206) 623-7580
    Facsimile: (206) 623-7022

*Attorneys for Defendants Providence*
*St. Joseph Health, Providence Health &*
*Services, Providence Health & Services –*
*Oregon, Providence Willamette Falls*
*Medical Center, and Providence Portland*
*Medical Center*

By: *s/ Thomas R. Johnson*
    Thomas R. Johnson, OSB #010645
    tom.johnson@stoel.com
    Alex Van Rysselberghe, OSB #174836
    alex.vanrysselberghe@stoel.com
    760 SW Ninth Ave., Suite 3000
    Portland, Oregon 97205
    Telephone: (503) 224-3380
    Facsimile: (503) 220-2480

*Attorneys for Defendants Legacy Health and*
*Legacy Mount Hood Medical Center*

LANE POWELL PC


By:  _s/ Carter M. Mann_____
         David G. Hosenpud, OSB #832414
         hosenpudd@lanepowell.com
         Carter M. Mann, OSB #960899
         mannc@lanepowell.com
         601 SW Second Avenue Suite 2100
         Portland, OR 97204
         Telephone: (503) 778-2100
         Facsimile: (503) 778-2200

         Carin A. Marney, OSB #131945
         marneyc@lanepowell.com
         PO Box 91302
         Seattle, WA 98111
         Telephone: (206) 223-7000
         Facsimile: (206) 223-7107

         HART WAGNER LLP
         Karen O'Kasey, OSB #870696
         Kok@hartwagner.Com
         1000 SW Broadway Suite 2000
         Portland, OR 97205
         Telephone: (503) 222-4499
         Facsimile: (503) 222-2301

         *Attorneys for Defendant Oregon*
         *Anesthesiology Group*


        Pursuant to L.R. 11-1(b), I hereby attest that the above signatories, on whose behalf this

filing is jointly submitted, concur in this filing's contents and have authorized the filing of this

document.

        DATED: September 16, 2024

                                        _s/ Elizabeth H. White_____
                                         Elizabeth H. White

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on September 16, 2024, with a copy of the foregoing document via the Court's CM/ECF system.

DATED: September 16, 2024

By: <u>*/s/ Elizabeth H. White*</u>
    Elizabeth H. White