David G. Hosenpud, OSB No. 832414
hosenpudd@lanepowell.com
Carter M. Mann, OSB No. 960899
mannc@lanepowell.com
Carin A. Marney, OSB No. 131945
marneyc@lanepowell.com
Ryan O'Hollaren, OSB No. 231160
ohollarenr@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Karen O'Kasey, OSB No. 870696
kok@hartwagner.com
**HART WAGNER LLP**
1000 SW Broadway, Suite 2000
Portland, OR 97205
Telephone: 503.222.4499
Facsimile: 503.222.2301

Attorneys for Defendant Oregon Anesthesiology Group

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| E.P., K.R., C.R., D.C., A.L., and B.G. individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES – OREGON; PROVIDENCE WILLAMETTE FALLS MEDICAL CENTER; PROVIDENCE PORTLAND MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP; LEGACY HEALTH; and LEGACY MOUNT HOOD MEDICAL CENTER,<br><br>Defendants. | Case No. 3:24-cv-01215-JR<br><br>**NOTICE OF APPEARANCE OF RYAN O'HOLLAREN** |

PAGE 1 –  NOTICE OF APPEARANCE OF RYAN O'HOLLAREN

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

131010.0002/9884191.1

PLEASE TAKE NOTICE that Ryan O'Hollaren of Lane Powell PC hereby enters his appearance as counsel of record for defendant Oregon Anesthesiology Group ("OAG") in this action, along with David Hosenpud, Carter Mann, and Carin Marney. OAG does not waive any rights or defenses by filing this Notice of Appearance, including any defenses relating to sufficiency of service, jurisdiction, or any other defenses available under the Federal Rules of Civil Procedure. This notice of appearance is filed solely for purposes of LR 55-1. It is requested that an entry be made on the docket in this case that all notices, given or required to be given, and all documents, pleadings, and orders, served or required to be served, in this case be given to and served upon the undersigned attorneys.

DATED: September 20, 2024

            LANE POWELL PC

            By: s/ Ryan O'Hollaren
               David G. Hosenpud, OSB No. 832414
               Carter M. Mann, OSB No. 960899
               Carin A. Marney, OSB No. 131945
               Ryan O'Hollaren, OSB No. 231160
               Telephone: 503.778.2100

            HART WAGNER LLP
            Karen O'Kasey, OSB No. 870696
            Telephone: 503.222.4499

            Attorneys for Defendant Oregon Anesthesiology Group

PAGE 2 – NOTICE OF APPEARANCE OF RYAN O'HOLLAREN

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

131010.0002/9884191.1