Elizabeth H. White, OSB #204729
elizabeth.white@klgates.com
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

*Attorneys for Defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, and Providence Portland Medical Center*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| E.P., K.R., C.R., D.C., A.L., and B.G., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br> v.<br><br>PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES – OREGON; PROVIDENCE WILLAMETTE FALLS MEDICAL CENTER; PROVIDENCE PORTLAND MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP; LEGACY HEALTH; and LEGACY MOUNT HOOD MEDICAL CENTER,<br><br>  Defendants. | Case No. 3:24-cv-01215-JR<br><br>**JOINT STIPULATED MOTION TO VACATE DEADLINE TO ANSWER FIRST AMENDED CLASS ACTION COMPLAINT AND TO PROPOSE BRIEFING SCHEDULE** |

Page 1 –   JOINT STIPULATED MOTION TO VACATE DEADLINE TO ANSWER FIRST
           AMENDED CLASS ACTION COMPLAINT AND TO PROPOSE BRIEFING
           SCHEDULE

**LR 7-1 CERTIFICATE OF CONFERRAL**

Pursuant to LR 7-1(a), counsel for defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, Providence Portland Medical Center, Legacy Health, Legacy Mount Hood Medical Center, and Oregon Anesthesiology Group ("Defendants") certify that they conferred with counsel for plaintiffs E.P., K.R., C.R., D.C., A.L., and B.G. ("Plaintiffs", and together with Defendants, the "Parties") before filing this Motion.  This is a Joint Stipulated Motion.

**MOTION**

Pursuant to Fed. R. Civ. P. 6(b) and LR 16-3, the Parties jointly stipulate and move to vacate the current October 31, 2024, date for Defendants to respond to the First Amended Class Action Complaint ("FAC") (ECF No. 7).  Defendants intend to move to dismiss the FAC. Therefore, the Parties further jointly stipulate and propose to the Court to submit a full briefing schedule for those motions, the responses thereto, and the replies in support of the motions no later than November 6. In support of this Motion, the Parties state as follows:

1. Plaintiffs filed the original Complaint on July 26, 2024. (ECF No. 1.) Plaintiffs then filed the FAC on July 31, 2024.

2. Defendants had previously filed initial unopposed motions for an extension of time to respond to the FAC (ECF Nos. 14, 17, 19), which were granted (ECF Nos. 15, 21). Defendants filed an additional unopposed motion for an extension of time to respond to the FAC (ECF No. 24), which was granted (ECF No. 25). All Defendants currently have a date of October 31, 2024, to respond to the FAC.

3.   The Parties now seek for the Court to vacate the October 31, 2024, date for Defendants' response to the FAC and propose to submit a complete proposed briefing schedule to the Court no later than November 6, 2024.

4.   There is good cause for the further extension. Defendants continue to investigate the nature of the allegations and claims as they prepare their motions to dismiss the FAC.[1] This Motion is not made for purposes of delay.

DATED: October 29, 2024

| TOUSLEY BRAIN STEPHENS PLLC | K&L GATES LLP |
|---|---|
| By: *s/ Adam E. Polk* | By: *s/ Elizabeth H. White* |
| Kim D. Stephens, P.S., OSB#030635 | Elizabeth H. White, OSB #204729 |
| kstephens@tousley.com | elizabeth.white@klgates.com |
| Jason T. Dennett | One SW Columbia Street, Suite 1900 |
| (*pro hac vice* forthcoming) | Portland, Oregon 97204 |
| jdennett@tousley.com | Telephone: (503) 228-3200 |
| 1200 Fifth Avenue, Suite 1700 | Facsimile: (503) 248-9085 |
| Seattle, WA 98101-3147 | |
| Telephone (206) 682-5600 | Erin Palmer Polly |
| Facsimile: (206) 682-2992 | (*admitted pro hac vice*) |
| | erin.polly@klgates.com |
| GIRARD SHARP LLP | 501 Commerce Street, Suite 1500 |
| Adam E. Polk | Nashville, Tennessee 37203 |
| (*admitted pro hac vice*) | Telephone: (615) 780-6700 |
| apolk@girardsharp.com | Facsimile: (615) 780-6799 |
| Kyle P. Quackenbush | |
| (*admitted pro hac vice*) | Pallavi Mehta Wahi |
| kquackenbush@girardsharp.com | (*admitted pro hac vice)* |
| Reid Gaa | pallavi.wahi@klgates.com |
| (*admitted pro hac vice*) | 925 Fourth Avenue, Suite 2900 |
| rgaa@girardsharp.com | Seattle, Washington 98104 |
| 601 California Street, Suite 1400 | Telephone: (206) 623-7580 |
| San Francisco, CA 94108 | Facsimile: (206) 623-7022 |
| Telephone: (415) 981-4800 | |

---

[1] The Defendants reserve any right, defense, affirmative defense, claim, or objection in this matter.

Page 3 –   JOINT STIPULATED MOTION TO VACATE DEADLINE TO ANSWER FIRST AMENDED CLASS ACTION COMPLAINT AND TO PROPOSE BRIEFING SCHEDULE

SAUDER SCHELKOPF LLC
Joseph G. Sauder
(admitted *pro hac vice*)
jgs@sstriallawyers.com
Joseph B. Kenney
(admitted *pro hac vice*)
jbk@sstriallawyers.com
Juliette T. Mogenson
(*pro hac vice* forthcoming)
jtm@sstriallawyers.com
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580

*Attorneys for Plaintiffs and the Proposed Class*

*Attorneys for Defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, and Providence Portland Medical Center*

STOEL RIVES LLP

By: *s/ Thomas R. Johnson*
    Thomas R. Johnson, OSB #010645
    tom.johnson@stoel.com
    Alex Van Rysselberghe, OSB #174836
    alex.vanrysselberghe@stoel.com
    760 SW Ninth Ave., Suite 3000
    Portland, Oregon 97205
    Telephone: (503) 224-3380
    Facsimile: (503) 220-2480

*Attorneys for Defendants Legacy Health and Legacy Mount Hood Medical Center*

LANE POWELL PC

By: *s/ Carter M. Mann*
    David G. Hosenpud, OSB #832414
    hosenpudd@lanepowell.com
    Carter M. Mann, OSB #960899
    mannc@lanepowell.com
    Ryan O'Hollaren, OSB #231160
    ohollarenr@lanepowell.com
    601 SW Second Avenue Suite 2100
    Portland, OR 97204
    Telephone: (503) 778-2100
    Facsimile: (503) 778-2200

    Carin A. Marney, OSB #131945
    marneyc@lanepowell.com
    PO Box 91302
    Seattle, WA 98111
    Telephone: (206) 223-7000
    Facsimile: (206) 223-7107

Page 4 –   JOINT STIPULATED MOTION TO VACATE DEADLINE TO ANSWER FIRST AMENDED CLASS ACTION COMPLAINT AND TO PROPOSE BRIEFING SCHEDULE

        HART WAGNER LLP
        Karen O'Kasey, OSB #870696
        kok@hartwagner.Com
        1000 SW Broadway Suite 2000
        Portland, OR 97205
        Telephone: (503) 222-4499
        Facsimile: (503) 222-2301

*Attorneys for Defendant Oregon Anesthesiology Group*

Pursuant to L.R. 11-1(b), I hereby attest that the above signatories, on whose behalf this filing is jointly submitted, concur in this filing's contents and have authorized the filing of this document.

DATED: October 29, 2024

        *s/ Elizabeth H. White*
        Elizabeth H. White

Page 5 –   JOINT STIPULATED MOTION TO VACATE DEADLINE TO ANSWER FIRST AMENDED CLASS ACTION COMPLAINT AND TO PROPOSE BRIEFING SCHEDULE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on October 29, 2024, with a copy of the foregoing document via the Court's CM/ECF system.

DATED: October 29, 2024

                                                                                       By: *s/ Elizabeth H. White*
                                                                                         Elizabeth H. White