Elizabeth H. White, OSB #204729
elizabeth.white@klgates.com
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

*Attorneys for Defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, and Providence Portland Medical Center*

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| E.P., K.R., C.R., D.C., A.L., and B.G., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES – OREGON; PROVIDENCE WILLAMETTE FALLS MEDICAL CENTER; PROVIDENCE PORTLAND MEDICAL CENTER; OREGON ANESTHESIOLOGY GROUP; LEGACY HEALTH; and LEGACY MOUNT HOOD MEDICAL CENTER,<br><br>    Defendants. | Case No. 3:24-cv-01215-JR<br><br>**JOINT STATUS REPORT** |

Page 1 –   JOINT STATUS REPORT

# JOINT STATUS REPORT

Pursuant to the Court's Order of October 29, 2024 (ECF No. 31), counsel for defendants Providence St. Joseph Health, Providence Health & Services, Providence Health & Services – Oregon, Providence Willamette Falls Medical Center, Providence Portland Medical Center, Legacy Health, Legacy Mount Hood Medical Center, and Oregon Anesthesiology Group ("Defendants") and counsel for plaintiffs E.P., K.R., C.R., D.C., A.L., and B.G. ("Plaintiffs," and together with Defendants, the "Parties") submit this Joint Status Report setting forth a proposed briefing schedule for Defendants' forthcoming motion(s) to dismiss the First Amended Class Action Complaint ("FAC") (ECF No. 7). The Parties propose as follows:

<u>November 22, 2024</u>:  Defendants' Motion(s) to Dismiss the FAC

<u>December 19, 2024</u>:  Plaintiffs' Response(s) to Defendants' Motion(s) to Dismiss

<u>January 24, 2025</u>:    Defendants' Reply/Replies in Support of Motion(s) to Dismiss

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

DATED: November 6, 2024  Respectfully submitted,

TOUSLEY BRAIN STEPHENS PLLC  K&L GATES LLP

By: *s/ Adam E. Polk*  By: *s/ Elizabeth H. White*
    Kim D. Stephens, P.S., OSB#030635      Elizabeth H. White, OSB #204729
    kstephens@tousley.com      elizabeth.white@klgates.com
    Jason T. Dennett      One SW Columbia Street, Suite 1900
    (*pro hac vice* forthcoming)      Portland, Oregon 97204
    jdennett@tousley.com      Telephone: (503) 228-3200
    1200 Fifth Avenue, Suite 1700      Facsimile: (503) 248-9085
    Seattle, WA 98101-3147
    Telephone (206) 682-5600      Erin Palmer Polly
    Facsimile: (206) 682-2992      *(*admitted *pro hac vice*)
        erin.polly@klgates.com
GIRARD SHARP LLP      501 Commerce Street, Suite 1500
Adam E. Polk      Nashville, Tennessee 37203
*(*admitted *pro hac vice*)      Telephone: (615) 780-6700
apolk@girardsharp.com      Facsimile: (615) 780-6799
Kyle P. Quackenbush
*(*admitted *pro hac vice*)      Pallavi Mehta Wahi
kquackenbush@girardsharp.com      *(*admitted *pro hac vice)*
Reid Gaa      pallavi.wahi@klgates.com
*(*admitted *pro hac vice*)      925 Fourth Avenue, Suite 2900
rgaa@girardsharp.com      Seattle, Washington 98104
601 California Street, Suite 1400      Telephone: (206) 623-7580
San Francisco, CA 94108      Facsimile: (206) 623-7022
Telephone: (415) 981-4800

*Attorneys for Defendants Providence*
SAUDER SCHELKOPF LLC  *St. Joseph Health, Providence Health &*
Joseph G. Sauder  *Services, Providence Health & Services –*
*(*admitted *pro hac vice*)  *Oregon, Providence Willamette Falls*
jgs@sstriallawyers.com  *Medical Center, and Providence Portland*
Joseph B. Kenney  *Medical Center*
*(*admitted *pro hac vice*)
jbk@sstriallawyers.com
Juliette T. Mogenson
(*pro hac vice* forthcoming)
jtm@sstriallawyers.com
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580

*Attorneys for Plaintiffs and*
*the Proposed Class*

Page 3 –   JOINT STATUS REPORT

| | |
|---|---|
| STOEL RIVES LLP | LANE POWELL PC |
| By: *s/ Alex Van Rysselberghe* <br> Thomas R. Johnson, OSB #010645 <br> tom.johnson@stoel.com <br> Alex Van Rysselberghe, OSB #174836 <br> alex.vanrysselberghe@stoel.com <br> 760 SW Ninth Ave., Suite 3000 <br> Portland, Oregon 97205 <br> Telephone: (503) 224-3380 <br> Facsimile: (503) 220-2480 <br><br> *Attorneys for Defendants Legacy Health and Legacy Mount Hood Medical Center* | By: *s/ Carin A. Marney* <br> David G. Hosenpud, OSB #832414 <br> hosenpudd@lanepowell.com <br> Carter M. Mann, OSB #960899 <br> mannc@lanepowell.com <br> Ryan O'Hollaren, OSB #231160 <br> ohollarenr@lanepowell.com <br> 601 SW Second Avenue Suite 2100 <br> Portland, OR 97204 <br> Telephone: (503) 778-2100 <br> Facsimile: (503) 778-2200 <br><br> Carin A. Marney, OSB #131945 <br> marneyc@lanepowell.com <br> PO Box 91302 <br> Seattle, WA 98111 <br> Telephone: (206) 223-7000 <br> Facsimile: (206) 223-7107 <br><br> HART WAGNER LLP <br> Karen O'Kasey, OSB #870696 <br> kok@hartwagner.Com <br> 1000 SW Broadway Suite 2000 <br> Portland, OR 97205 <br> Telephone: (503) 222-4499 <br> Facsimile: (503) 222-2301 <br><br> *Attorneys for Defendant Oregon Anesthesiology Group* |

Pursuant to L.R. 11-1(b), I hereby attest that the above signatories, on whose behalf this filing is jointly submitted, concur in this filing's contents and have authorized the filing of this document.

DATED: November 6, 2024

*s/ Elizabeth H. White*
Elizabeth H. White

Page 4 –   JOINT STATUS REPORT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on November 6, 2024, with a copy of the foregoing document via the Court's CM/ECF system.

DATED: November 6, 2024

By: *s/ Elizabeth H. White*
Elizabeth H. White